UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BOLIAN,

        Plaintiff,

    v.

IGBINOSA, et al.,

        Defendants.

Case No. 14-cv-04759-JD

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner. Plaintiff states that he received inadequate medical care at the Substance Abuse Treatment Facility, which is located in the Eastern District of California. The named defendants provided plaintiff with medical treatment at that facility. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    **IT IS SO ORDERED**.

Dated: December 9, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOLIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>IGBINOSA, et al.,<br><br>        Defendants. | Case No. 14-cv-04759-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/9/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Bolian ID: AR6346
CSATF/SP F1B-10-2 Low
P.O Box 5244
Corcoran, CA 93212-5244

Dated: 12/9/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2